McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-0315 OWW |
| Plaintiff, ) | |
| v. ) | ORDER |
| DAVID LEE CROSSLEY, ) FREDDIE ALLEN DELGADO, ) VICTOR RAUL SUAREZ, JR., ) SCOTT ARTHUR McKINNEY, ) KURT MARVIN KLINGER, ) JULIANNE KERKLING STAHL, ) MICHAEL JAMES McALISTER, ) DONALD LEE GLASPIE, and ) JOSEPH MITCHELL RAMIREZ, ) | |
| Defendants. ) | |

Having read and considered the parties' stipulation to continue the current hearing date of March 13, 2006, in this matter,

IT IS THE ORDER of the Court that the current hearing date as to these defendants is hereby vacated, the hearing is reset

1

for April 24, 2006, at 1:30 p.m., for consideration of the parties' pretrial motions.

IT IS FURTHER ORDERED that the government's response to the defendant's pretrial motions shall be filed on or before April 10, 2006, and any reply shall be filed on or before April 17, 2006.

IT IS THE FINDING OF THE COURT that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties an opportunity to conduct further investigation and to potentially resolve this matter short of trial.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

| Dated: __March 8, 2006__ | __/s/ Oliver W. Wanger__ |
|---|---|
| emm0d6 | UNITED STATES DISTRICT JUDGE |