PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DAVID LEE CROSSLEY, et al.,

        Defendants.
_____/

CR 05-315 OWW

STIPULATION AND ORDER
TO CONTINUE HEARING

    THE PARTIES HEREBY STIPULATE AND AGREE that the motions hearing now scheduled for April 24, 2006, in this matter, shall be continued for status to Friday, May 12, 2006, at 1:00 p.m. The present briefing schedule is stayed, and a new schedule will be adopted at the time of the hearing.

    The parties stipulate to exclude time under the Speedy Trial Act, and that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the parties an opportunity to resolve this matter and to conduct further investigation.

    Dated: April 14, 2006

| | |
|---|---|
| /s/ KAREN ESCOBAR | /s/ MARK COLEMAN |
| KAREN ESCOBAR | MARK COLEMAN |
| Assistant U.S. Attorney | Attorney for DAVID CROSSLEY |

1

/s/ SHARI L. GREENBERGER
SHARI L. GREENBERGER
Attorney for FREDDIE DELGADO

/s/ J. DAVID NICK
J. DAVID NICK
Attorney for BENJAMIN LOMAX

/s/ J. TONY SERRA
J. TONY SERRA
Attorney for VICTOR SUAREZ

/s/ OMAR FIGUEROA
OMAR FIGUEROA
Attorney for SCOTT McKINNEY

/s/ JAMES A. BUSTAMANTE
JAMES A. BUSTAMANTE
Attorney for KURT KLINGER

/s/ ZENIA K. GILG
ZENIA K. GILG
Attorney for JULIANNE STAHL

/s/ DANIEL BACON
DANIEL BACON
Attorney for G. SCHOENSTEIN

/s/ DAVID BALAKIAN
DAVID BALAKIAN
Attorney for MICHAEL SANCHEZ

/s/ ROBERT WYNN
ROBERT WYNNE
Attorney for CHRISTOFFERSEN

/s/ DALE BLICKENSTAFF
DALE BLICKENSTAFF
Attorney for M. KEVORKIAN

**WHEREFORE, IT IS HEREBY ORDERED** that the April 24, 2006, motions hearing in this case is vacated, and the matter shall be continued for a status hearing to May 12, 2006, at 1:00 p.m., and that pursuant to 18 U.S.C. § 3161(h)(8)(A), time shall be excluded in the interest of justice, from April 24, 2006, to May 12, 2006.

IT IS SO ORDERED.

**Dated:   April 19, 2006**          /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331