# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


**FILED**
NOV 15 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America )
vs. ) Case No. 05-cr-315 OWW
David Crossley )
)

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____David Crossley____, have discussed with ____Montgomery L. Olson____, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions requiring the defendant to abide by curfew and electronic monitoring are removed.
All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 11/13/06    _____ 11-13-06
Signature of Defendant    Date         Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____Karen Escobar_____    11/14/06
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    11/13/06
Signature of Defense Counsel    Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ____11/15/06____
☐ The above modification of conditions of release is *not* ordered.

_____    11/15/06
Signature of Judicial Officer  SM SNYDER    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services