**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
DAVID LEE CROSSLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00315 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| DAVID LEE CROSSLEY, et al. | **and** |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for Monday, April 9, 2007, at 1:30 p.m., be continued to April 30, 2007, at 1:30 p.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant CROSSLEY, due to the fact that said counsel needs additional time to file informal and formal objections to the Pre-sentence Investigation Report.

Counsel for defendant was out of the office the week of March 12, 2007, through March 16, 2007, and was preparing for a Trial

that was scheduled to begin on March 19, 2007. Counsel is also scheduled to be out of the office for a Federal Court appearance in New Hampshire on Monday, March 26, 2007.

Counsel for Defendant has spoken with Assistant U. S. Attorney, KAREN ESCOBAR, who has no objection to this continuance.

DATED: March 22, 2007.

                                      NUTTALL & COLEMAN

                                      /S/ MARK W. COLEMAN

                            By: _____
                                MARK W. COLEMAN
                                Attorneys for Defendant,
                                DAVID CROSSLEY

DATED: March 22, 2007.

                                      /s/ KAREN ESCOBAR

                            By: _____
                                KAREN ESCOBAR
                                Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

**Dated:　March 23, 2007**　　　　　　　　**/s/ Oliver W. Wanger**
emm0d6　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE