MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852



ATTORNEYS FOR Defendant,
DAVID LEE CROSSLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00315 OWW |
|---|---|
| Plaintiff, | |
| vs. | ORDER EXONERATING BAIL |
| DAVID LEE CROSSLEY, et al. | |
| Defendant. | |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in this matter, and the Clerk of the Court is ordered to reconvey the following real property was posted as security for bail in the amount of $155,000.00 on October 19, 2005, as Document 20050246480 in the Recorder's Office of the County of Fresno, State of California:

Owners: Chad and Regina Story
Address: 2996 E. Powers Avenue, Fresno, California
APN: 403-781-24

DATED: 10-16-07

_____
OLIVER W. WANGER
United States District Court