**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
DAVID LEE CROSSLEY



FILED
OCT 16 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00315 OWW |
| Plaintiff, | |
| vs. | **ORDER EXONERATING BAIL** |
| DAVID LEE CROSSLEY, et al. | |
| Defendant. | |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in this matter, and the Clerk of the Court is ordered to reconvey the following real property was posted as security for bail in the amount of $160,000.00 on October 19, 2005, as Document 20050246481 in the Recorder's Office of the County of Fresno, State of California:

```
Owners:   Donovan Tim Van Der Paardt
Address:  5327 W. Swift Avenue, Fresno, California
APN:      311-591-35
```

DATED: 10-16-07

_____
OLIVER W. WANGER
United States District Court